



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 FEB 11 P 2: 37
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY JACKSON | CIVIL ACTION |
| VERSUS | NO. 00-0327 |
| RONNIE E. FUTRELL, WARDEN | SECTION "K" (6) |

### REPORT AND RECOMMENDATION

Petitioner has filed a petition seeking *habeas corpus* relief from his 1996 state court conviction on one count of aggravated battery. Petitioner was convicted and sentenced in the 19th Judicial District Court for the State of Louisiana which is located in East Baton Rouge Parish. He is currently housed at the Work Training Facility North in Pineville, Louisiana, located in Rapides Parish.

Title 28, Section 2241(d) of the United States Code provides for the proper venue in filing a petition for federal *habeas corpus* relief. In a multi-district state such as Louisiana, the application may be filed either in the district in which the petitioner is incarcerated or in the district in which he was convicted and sentenced. In the instant matter, petitioner was convicted and sentenced in East Baton Rouge Parish and the record

DATE OF ENTRY  FEB 14 2000

DATE OF MAILING  FEB 14 2000

Fee_____
Process____
X Dktd____
  CtRmDep__
  Doc.No.___

needed to resolve his claims is located in that parish. East Baton Rouge Parish falls within the jurisdiction of the United States District Court for the Middle District of Louisiana. Therefore, in accordance with 28 U.S.C. § 2241(d), the petition of Anthony Jackson for issuance of Writ of *Habeas Corpus* should be transferred to the United States District Court for the Middle District of Louisiana.

### RECOMMENDATION

It is therefore **RECOMMENDED** that the instant matter be **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. **Douglass v. United Services Auto. Ass'n**, 79 F. 3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 11th day of February, 2000.

UNITED STATES MAGISTRATE JUDGE