

FILED
U.S. DISTRICT COURT

MAR 13  1 06 PM '00

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0327** |
| **RONNIE E. FUTRELL, WARDEN** | **SECTION "K" (6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the instant matter be and hereby is **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 13th day of _MARCH_____, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY

MAR 1 5 2000

Fee_____
Process____
X Dktd____
CtRmDep___
Doc.No.____